# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00241-APG-VCF |
| vs. | **ORDER** |
| JEREMY HALGAT, | |
| Defendant. | |

Before the court is Defendant Halgat's Motion for Extension of Time to File Pretrial Motions and [Proposed] Order (#34). The government filed a Response (#36).

The court understands the government's reasons for refusing to consent to the proposed two week extension of the pre-trial motions deadline. Never-the-less, with the trial date now continued to March 31, 2014, a two week extension is appropriate and in the interests of justice.

If, as the government asserts, it is the defendant's intention to file "numerous motions for discovery that he is not entitled to under any Rule, Statute or otherwise" (#36, at 3), the court can address such anticipated attorney misconduct should it actually occur. By allowing the extra two weeks requested, the court is not finding, or implying an opinion, that the government engaged in prosecutorial misconduct.

Pursuant to the applicable local rules and paragraph I.A. of the Order Regarding Pretrial Procedure (#17), the March 31st trial date and the circumstances leading to the continuance of the trial date amount to good cause for the two week extension.

Accordingly,

IT IS HEREBY ORDERED that Defendant Halgat's Motion for Extension of Time to File Pretrial Motions and [Proposed] Order (#34) is GRANTED. Any motions pertaining to discovery and

any other pretrial motions, including notices of any defenses under Rules 12.1, 12.2 and 12.3, of the Federal Rules of Criminal Procedure, must be filed on or before January 31, 2014. Any party opposing such a pretrial motion will be allowed fifteen (15) days to respond, and the movant will be allowed eight (8) days in which to file a reply.

DATED this 24th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE